**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

GERARDO VARELA VARELA,

Petitioner,

v.

LUIS SOTO, *et al.*

Respondents.

Civil Action No. 26-9342 (ZNQ)

**ORDER**

This matter having come before the Court on Petitioner's habeas petition (ECF No. 1) and motion seeking a temporary restraining order (ECF No. 2) challenging his ongoing immigration detention, the Court having reviewed the petition, the record of Petitioner's immigration proceedings, the Government's response (ECF No. 7), and Petitioner's reply (ECF No. 8), and for the reasons expressed in the accompanying memorandum opinion,

**IT IS,** on this 28th day of July 2026,

**ORDERED** that Petitioner's habeas petition (ECF No. 1) is **GRANTED**; it is further

**ORDERED** that the Government shall provide Petitioner a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within seven days; it is further

**ORDERED** that the Government shall report the outcome of the bond hearing within seven days of the issuance of a decision by the immigration judge; it is further

**ORDERED** that Petitioner's motion seeking a temporary restraining order (ECF No. 2) is **DENIED WITHOUT PREJUDICE** as moot in light of the granting of his petition; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying memorandum opinion upon the parties electronically, and shall **CLOSE** the file.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**